IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2021 DEC 14 PM 5: 11

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KALEM L. BARBER,<br><br>Defendant. | 8:21CR301<br><br>INDICTMENT<br><br>18 U.S.C. § 842(a)(3)(B)<br>18 U.S.C. § 842(d)(1)<br>18 U.S.C. § 844(a) |

The Grand Jury charges that

## COUNT I

On or about September 1, 2021 through December 2, 2021 in the District of Nebraska, the defendant, KALEM L. BARBER, not being a licensee or permittee under the provisions of Chapter 40 of Title 18 of the United States Code, knowingly distributed cylindrical tubes with wicks containing flash powder, an explosive material intended to produce an audible report and flash of light when ignited, to a person who was not a licensee or permittee under the provisions of Chapter 40 of Title 18 of the United States Code.

In violation of Title 18, United States Code, Sections 842(a)(3)(B) and 844(a).

## COUNT II

On or about September 1, 2021 through December 2, 2021 in the District of Nebraska, the defendant, KALEM L. BARBER, knowingly distributed cylindrical tubes with wicks containing flash powder, an explosive material intended to produce an audible report and flash of light when ignited, to a person who is under the age of 21.

In violation of Title 18, United States Code, Sections 842(d)(1) and 844(a).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

DONALD J. KLEINE, #22669
Assistant U.S. Attorney