IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KALEM L. BARBER,<br><br>Defendant. | 8:21CR301<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the indictment.

_____     12-16-21_____
Defendant                                                          Date

_____     12-16-21_____
Attorney for Defendant                                        Date

**ORDER**

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this  16th  day of  December , 20 21 .

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT