IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KALEM L. BARBER,<br><br>    Defendant. | 8:21CR301<br><br>NOTICE OF COMPLIANCE OF LOCAL CRIMINAL RULE 16.1(a) |

  Comes now the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to defendant in the above-captioned case.

  DATED this 22nd day of December, 2021.

                Respectfully submitted,

                JAN W. SHARP
                Acting United States Attorney
                District of Nebraska

      By: *s/ Donald J. Kleine*
         DONALD J. KLEINE, #22669
         Assistant U.S. Attorney
         1620 Dodge Street, Suite 1400
         Omaha, NE  68102-1506
         Tel:  (402) 661-3700
         Fax:  (402) 661-3084
         E-mail: donald.kleine@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: **Karen M. Shanahan**, AFPD.

                *s/ Donald J. Kleine*
                Assistant U.S. Attorney