IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KALEM L. BARBER,<br><br>　　　　　Defendant. | 8:21CR301<br><br>INFORMATION<br>18 U.S.C. § 842(j)<br>18 U.S.C. § 844(b) |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 MAR 16 PM 12:36
OFFICE OF THE CLERK

The United States Attorney charges:

## COUNT I

On or about December 2, 2021, in the District of Nebraska, the defendant, KALEM L. BARBER, knowingly stored explosive material in a manner not in conformity with regulations promulgated by the Attorney General pursuant to 18 U.S.C. § 847, in that he stored explosive material, which included mixtures of oxidizer potassium perchlorate and metal fuel aluminum, in an unmarked, unsecured, unlocked container at his residence in the District of Nebraska.

In violation of Title 18, United States Code, Sections 842(j) and 844(b).

　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA,
　　　　　　　　　　　　　　　　Plaintiff


　　　　　　　　　　　　　　　　STEVEN A. RUSSELL
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　District of Nebraska

　　　　　　　　　By:　　s/ Donald J. Kleine
　　　　　　　　　　　　　　　　DONALD J. KLEINE, #22669
　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　1620 Dodge Street, Suite 1400
　　　　　　　　　　　　　　　　Omaha, NE 68102-1506
　　　　　　　　　　　　　　　　Tel: (402) 661-3700
　　　　　　　　　　　　　　　　Fax: (402) 661-3084
　　　　　　　　　　　　　　　　E-mail: donald.kleine@usdoj.gov

1

2

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

s/ Donald J. Kleine
Assistant U.S. Attorney

2