AO 455 (Rev. 01/09) Waiver of an Indictment

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2023 MAR 16 PM 12: 36

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 8:21CR301 |
| KALEM L. BARBER | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/16/2023

_Kalem Barber_
*Defendant's signature*

_Karen M Shanahan_
*Signature of defendant's attorney*

Karen M. Shanahan
*Printed name of defendant's attorney*

_[signature]_
*Judge's signature*

Magistrate Judge Michael D. Nelson
*Judge's printed name and title*