AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2023 MAR 16 PM 12:36

OFFICE OF THE CLERK

United States of America )
v. )
) Case No.  8:21CR301
KALEM L. BARBER )
*Defendant* )

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

*[signed] Kalem Barber*
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

*[signed] Kalem Barber*
*Defendant's signature*

The United States consents to the jury-trial waiver: *[signed]*
*Government representative's signature*

**Assistant U.S. Attorney Donald J. Kleine**
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

*[signed] Kalem Barber*
*Defendant's signature*

Karen M. Shanahan                              *[signed] Karen M. Shanahan*
*Printed name of defendant's attorney (if any)*    *Signature of defendant's attorney (if any)*

Date:    03/16/2023          Approved by:  *[signed]*
                                            *Magistrate Judge's signature*